1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant EDUARDO OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00553 (EJD) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| EDUARDO OSORIO, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Eduardo Osorio, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Joseph A. Fazioli, hereby stipulate that, with the Court's approval, the status hearing currently set for March 5, 2012, at 1:30 p.m., before the Honorable Edward J. Davila, shall be continued to April 2, 2012, at 1:30 p.m.

The reason for the requested continuance is that defense counsel needs more time to effectively prepare this case.  Specifically, the parties are actively involved in settlement discussions that require a careful analysis of discovery and additional criminal history investigation.  Mr. Fazioli expects to be engaged in a trial through the end of March, 2012.  Thus,

1   the request is also made on the grounds that a continuance ensures continuity of counsel.  The
2   parties therefore respectfully request a continuance to April 2, 2012, at 1:30 p.m.
3       The parties agree that the time between March 5, 2012, and April 2, 2012, may be
4   excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
5   preparation of counsel.

7   Dated: February 23, 2012
8                                      _____/s/_____
                                       HEATHER ROGERS
                                       Assistant Federal Public Defender

10  Dated:  February 23, 2012          _____/s/_____
                                       JOSEPH A. FAZIOLI
11                                     Assistant United States Attorney

13                          [PROPOSED] ORDER

14      GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
15  ORDERED that the hearing currently set for March 5, 2012, at 1:30 p.m., before the Edward J.
16  Davila, shall be continued to April 2, 2012, at 1:30 p.m.
17      THE COURT FINDS that failing to exclude the time between March 5, 2012, and April
18  2, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for
19  effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§
20  3161(h)(7)(B)(iv).
21      THE COURT FINDS that the ends of justice served by excluding the time between
22  March 5, 2012, and April 2, 2012, from computation under the Speedy Trial Act outweigh the
23  interests of the public and the defendant in a speedy trial.
24  //

THEREFORE, IT IS HEREBY ORDERED that the time between March 5, 2012, and April 2, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   February 23, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge