1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00553-EJD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING |
| vs. | ) ) | SCHEDULE, CONTINUE MOTION HEARING DATE AND EXCLUDE TIME |
| EDUARDO OSORIO, | ) ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) | **Honorable Edward J. Davila** |

**STIPULATION**

Defendant Eduardo Osorio, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Amie Rooney, hereby stipulate that, with the Court's approval, the motion hearing currently set for Monday, November 19, 2012, at 1:30 p.m., shall be continued to Monday, December 17, 2012, at 1:30 p.m.

The reason for the requested continuance is that the parties respectfully request that the motions hearing date be continued to permit the parties additional time to complete research with respect to a legal issue relevant to a possible negotiated disposition of this matter, short of litigating the defendant's pending motion.  Accordingly, both parties respectfully requests

1  additional time to effectively prepare, and therefore respectfully requests a continuance of the
2  briefing schedule and motion hearing date previously set in this matter for November 19, 2012,
3  to December 17, 2012.  The parties also request that the Court modify the briefing schedule as
4  follows: the government shall file a response to defendant's motion on or before December 10,
5  2012, and the defense may file a reply on or before December 13, 2012.
6        Accordingly, the parties agree that the time between November, 19, 2012, and December
7  17, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv),
8  for effective preparation by both counsel.

9

10  Dated: November 8, 2012

                                                _____/s/_____
11                                                 VARELL L. FULLER
                                                Assistant Federal Public Defender
12

13
Dated: November 8, 2012            _____/s/_____
14                                                 AMIE ROONEY
                                                Assistant United States Attorney
15
\\\
16
\\\
17
\\\
18
\\\
19
\\\
20
\\\
21
\\\
22
\\\
23
\\\
24
\\\
25

26

1 **[~~PROPOSED~~] ORDER**

2 GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
3 ORDERED that the motion hearing currently set for Monday, November 19, 2012, shall be
4 continued to Monday, December 17, 2012, at 1:30 p.m.  The briefing schedule shall be modified
5 as follows: the government shall file its response to the defendant's motion on or before
6 December 10, 2012 and the defense may file a reply on or before December 13, 2012.

7 THE COURT FINDS that failing to exclude the time between November 19, 2012, and
8 December 17, 2012, would unreasonably deny both parties reasonable time necessary for
9 effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§
10 3161(h)(7)(B)(iv).

11 THE COURT FINDS that the ends of justice is served by excluding the time between
12 November 19, 2012, and December 17, 2012, from computation under the Speedy Trial Act and
13 outweigh the interests of the public and the defendant in a speedy trial.

14 THEREFORE, IT IS HEREBY ORDERED that the time between November 19, 2012,
15 and December 19, 2012, shall be excluded from computation under the Speedy Trial Act, 18
16 U.S.C. § 3161(h)(7)(A) and (B)(iv).

17 IT IS SO ORDERED.

18 Dated: November __14_, 2012                     _____
                                                  THE HONORABLE EDWARD J. DAVILA
19                                                United States District Judge

Stip. and [Proposed] Order to Cont. Motion Hrg.
*U.S. v. Osorio*, CR 11-00553-EJD                3