1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00553-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER VACATING BRIEFING SCHEDULE AND MOTION HEARING DATE |
| EDUARDO OSORIO, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Eduardo Osorio, by and through Assistant Federal Public Defender Varell L. Fuller, and the government, by and through Assistant United States Attorney Amie Rooney, hereby stipulate that, subject to the Court's approval, the motion hearing date set for Monday, December 17, 2012, and accompanying briefing schedule be vacated. The reason for this request is that the parties have reached a resolution and Mr. Osorio intends to return to court to enter a change of plea on December 17, 2012, the date now set for a hearing on the defendant's motion to suppress. In addition, the defense respectfully requests that its motion, Defendant's Motion to Suppress be dismissed without prejudice, and that this matter be set for December 17, 2012, for

Stipulation and [Proposed] Order
No. CR 11-00553-EJD                                    1

1  change of plea and defense request for immediate sentencing.

2      IT IS SO STIPULATED.

3

4  Dated: November 18, 2012

5                                                     /s/_____
                           VARELL L. FULLER
                           Assistant Federal Public Defender

6

7  Dated: November 18, 2012

8                                         /s/_____
                           AMIE ROONIE
                           Assistant United States Attorney

9

10                                     [~~PROPOSED~~] **ORDER**

11      GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

12  ORDERED that the motion hearing set for Monday, December 17, 2012, is VACATED.  IT IS

13  FURTHER ORDERED that the briefing schedule previously set on Defendant's Motion to

14  Suppress is VACATED and the defendant's motion is DISMISSED WITHOUT PREJUDICE,

15  and this matter IS HEREBY set on December 17, 2012, for change of plea and disposition.

16      IT IS SO ORDERED.

17  Dated:  11/20/2012                                 _____
                                                 THE HONORABLE EDWARD J. DAVILA

18                                                   United States District Court Judge

19

20

21

22

23

24

25

26